KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (CA Bar No. 226112)
karl@KRInternetLaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@KRInternetLaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendant
SHOWMARK MEDIA LLC



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| NICHOLAS BONTRAGER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SHOWMARK MEDIA LLC, a Delaware limited liability company, and DOES 1 THROUGH 100, <br><br> Defendants. | Case No. CV14-1144 MKP (Ex) <br> [Los Angeles County Superior Court Case No. BC532628] <br><br> DECLARATION OF JOHN HANAW IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1446 & 1453 <br><br> (DIVERSITY) |
|---|---|

Case No.                                                HANAW DECL. ISO NOTICE OF REMOVAL OF ACTION

I, John Hanaw, declare as follows:

1. I am the founder and sole owner of Showmark Media, LLC ("Showmark").

2. Showmark is a Delaware limited liability company with its principal place of business in Shelton, Connecticut.

3. Showmark sells custom wall plaques and desktop marquees.

4. Showmark sends lawful commercial emails promoting its products.

5. Showmark records the emails that it sends in a MySQL database.

6. Showmark's email database reveals that since January 8, 2013, Showmark has sent more than 5,000 separate emails to California Bar members that were substantially similar to the email described in the Complaint in the above-referenced lawsuit.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 12, 2014.

_____
John Hanaw

Case No.  1  HANAW DECL. ISO NOTICE OF REMOVAL OF ACTION